<u>CRIMINAL PROCEEDINGS</u> – **Sentencing**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

Judge B. Lynn Winmill  
Case No. 1:24-cr-99-BLW-3  
Place: Boise  

Date: December 11, 2024  
Deputy Clerk: Jamie Gearhart  
Reporter: Tammy Hohenleitner  
Time: 11:05 – 11:22 a.m.

UNITED STATES OF AMERICA vs LEANDRU STEPHENS

Counsel for United States – Christian Nafzger  
Counsel for Defendant – Dinko Hadzic  
Probation – Katie Gibson

(X)   The Court reviewed the case history.  
(X)   The Court granted the Government's oral motion to dismiss Count One of the Indictment.  
(X)   Counsel made sentencing recommendations to the Court.  
(X)   Defendant made remarks on his own behalf.  
(X)   The Court granted the Government's motion for 3rd point reduction for acceptance of responsibility.  
(X)   The Court adopted the Presentence Report.  
(X)   Court addressed 3553(a) factors.

SENTENCE: Defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of 60 months.

The defendant shall pay to the United States a special assessment of $100, which shall be due immediately.

The Court finds the defendant does not have the ability to pay a fine, therefore the fine is waived.

While in custody, the defendant shall submit nominal payments of not less than $25 per quarter pursuant to the Bureau of Prisons' Inmate Financial Responsibility Program.

During the term of supervised release, the defendant shall submit nominal monthly payments of 10% of gross income, but not less than $25 per month, unless further modified by the Court.

Upon release from imprisonment, the defendant shall be placed on supervised release for a term of 4 years. Within 72 hours of release from the custody of the Bureau of Prisons, the defendant

shall report in person to the probation office in the district to which the defendant is released.

The defendant shall comply with all mandatory, standard, and special conditions of supervised release as outlined in the Sentencing Recommendation (Dkt. 181).

The Court recommends that the Idaho Parole Commission run any sentence that may be imposed for a parole violation concurrent to the sentence imposed by this Court.

The Court recommends that the defendant be credited with all time served in federal custody, that the defendant participate in the RDAP program, and that the defendant be placed at FCC Butner in North Carolina.

(X)   Defendant advised of penalties for violation of terms and conditions of supervised release.

(X)   Right to appeal explained.

(X)   Defendant remanded to the custody of the United States Marshals Service.